Filed 11/23/22  P. v. Hopkins CA2/3

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>JOHANNA LYNN HOPKINS,<br><br>    Defendant and Appellant. | B317605<br><br>Los Angeles County<br>Super. Ct. No. YA104471 |

APPEAL from an order of the Superior Court of Los Angeles County, Thomas R. Sokolov, Judge. Affirmed.

Brad J. Poore, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

## INTRODUCTION

Johanna Lynn Hopkins pleaded no contest to driving with a .08 percent or more blood-alcohol content causing injury (Veh. Code, § 23152, subd. (b))[1] and was placed on formal probation. She later filed a request for a certificate of probable cause, which the trial court denied. Hopkins appealed from the probation order, and her appointed counsel filed a brief under the procedures outlined in *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). By letter dated September 30, 2022, we invited Hopkins to submit additional briefing. To date she has not done so. We find no appealable issue and affirm the order.

## BACKGROUND

Count 1 of the complaint charged Hopkins with driving while under the influence of an alcoholic beverage causing injury, in violation of section 23152, subdivision (a). Count 2 charged Hopkins with driving with a blood-alcohol content of 0.08 percent or more, in violation of section 23152, subdivision (b). Counts 1 and 2 were charged as felonies. Hopkins initially pleaded not guilty to both counts. Less than two months later, however, she withdrew her plea and entered into a plea deal, in which count 1 was dismissed and she pleaded no contest to count 2. The trial court accepted Hopkins's plea, found her guilty of count 2, and sentenced her to five days in county jail and three years' formal probation. Shortly thereafter, on November 17, 2021, the court modified Hopkins's sentence to credit one day of her time in jail towards the $390 fine or community service in lieu of the fine.

---

[1] All further statutory references are to the Vehicle Code unless otherwise stated.

On November 10, 2021, Hopkins filed a notice of appeal and a request for a certificate of probable cause. The court denied the request for a certificate of probable cause on November 19, 2021.

## DISCUSSION

Following the *Wende* guidelines, we have reviewed counsel's brief and the entire appellate record. We discern no arguable issue. Our review of the record discloses the court did not err in denying Hopkins's request for a certificate of probable cause. Moreover, because the court denied her request for a certificate of probable cause, her appeal is limited to "postplea claims, including sentencing issues, that do not challenge the validity of the plea." (*People v. Cuevas* (2008) 44 Cal.4th 374, 379.) Here, the court imposed Hopkins's sentence in accordance with the plea agreement. Consequently, we affirm the order. (*Wende, supra*, 25 Cal.3d at p. 443.)

## DISPOSITION

The order is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

LAVIN, J.

WE CONCUR:


EDMON, P. J.


RICHARDSON, (ANNE K.) J.*

---

* Judge of the Los Angeles Superior Court, assigned by the Chief
Justice pursuant to article VI, section 6 of the California Constitution.

4